# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYMEX INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZIBA FOODS, LLC, et al., <br><br> Defendants. | Case No. 1:20-cv-01086-NONE-SAB <br><br> ORDER RE STIPULATION TO AMEND SCHEDULING ORDER <br><br> (ECF No. 19) |

On November 4, 2020, the Court issued a scheduling order setting the pretrial deadlines in this matter. (ECF No. 8.) No trial date has been set. (Id.) On June 2, 2021, the parties filed a stipulated request to extend certain discovery deadlines to allow for more productive settlement discussions. (ECF No. 19.)

Pursuant to the stipulation of the parties and finding good cause, IT IS HEREBY ORDERED that the November 4, 2020 scheduling order (ECF No. 8) is amended as follows:

1. Non-Expert Discovery Deadline: July 1, 2021;

2. Expert Disclosure Deadline: August 2, 2021;

3. Supplemental Expert Disclosure Deadline: September 1, 2021;

4. Expert Discovery Deadline: October 1, 2021; and

/ / /

/ / /

/ / /

5. All other dates and aspects of the November 4, 2020 scheduling order shall remain in effect.

IT IS SO ORDERED.

Dated: __**June 3, 2021**__

_____
UNITED STATES MAGISTRATE JUDGE