**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYMEX INDUSTRIES, INC., | Case No. 1:20-cv-01086-NONE-SAB |
| Plaintiff, | ORDER VACATING ALL MATTERS AND REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| ZIBA FOODS, LLC, et al., | (ECF No. 21) |
| Defendants. | THIRTY DAY DEADLINE |

On July 26, 2021, a notice of settlement was filed informing the Court that the parties have reached a tentative settlement resolving this action and are in the process of preparing the settlement agreement. (ECF No. 21.) The parties also proffer that they expect to have all signatures obtained by August 13, 2021, and that the parties wish to set a "settled case status conference" on August 18, 2021, or after. (Id.) The Court will decline to schedule such conference at this time, though the parties may later request such conference be set if they do not finalize a settlement.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and
2. The parties shall file dispositional documents within **thirty (30) days** of the date of entry of this order.

IT IS SO ORDERED.

Dated:   **July 26, 2021**

_____
UNITED STATES MAGISTRATE JUDGE