# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYMEX INDUSTRIES, INC., | Case No. 1:20-cv-01086-NONE-SAB |
| Plaintiff, | ORDER GRANTING REQUEST TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| ZIBA FOODS, LLC, et al., | (ECF No. 23) |
| Defendants. | DEADLINE: SEPTEMBER 23, 2021 |

On July 26, 2021, a notice of settlement was filed informing the Court that the parties have reached a tentative settlement resolving this action and were in the process of preparing the settlement agreement. (ECF No. 21.) On the same date, the Court ordered dispositional documents be filed within thirty (30) days. (ECF No. 22.) On August 24, 2021, the parties filed a request to extend the time to file dispositional documents until September 23, 2021. (ECF No. 23.) The parties proffer that the settlement agreement has been finalized, but the representatives for Defendants are located out of the United States, which has affected their availability. (Id.) The agreement also specifies that certain actions are to take place before dispositional documents are filed. (Id.) The Court finds good cause to grant the requested extension.

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' request to extend the time to file dispositional documents (ECF No. 23) is GRANTED; and
2. The parties shall file dispositional documents on or before September 23, 2021.

IT IS SO ORDERED.

Dated: __**August 24, 2021**__

UNITED STATES MAGISTRATE JUDGE