# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYMEX INDUSTRIES, INC., | Case No.  1:20-cv-01086-NONE-SAB |
| Plaintiff, | ORDER GRANTING REQUEST TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS |
| v. | |
| ZIBA FOODS, LLC, et al., | (ECF No. 25) |
| Defendants. | DEADLINE: NOVEMBER 1, 2021 |

On July 26, 2021, a notice of settlement was filed informing the Court that the parties have reached a tentative settlement resolving this action and were in the process of preparing the settlement agreement.  (ECF No. 21.)  On the same date, the Court ordered dispositional documents be filed within thirty (30) days.  (ECF No. 22.)  On August 24, 2021, the Court granted the parties' request to extend the time to file dispositional documents until September 23, 2021. (ECF No. 23.)  On September 21, 2021, the parties filed a request to further extend the deadline to file dispositional documents until November 1, 2021.  (ECF No. 25.)  The parties proffer that prior to full execution of the settlement agreement, geopolitical conditions in Afghanistan resulted in necessary revisions to the circulated agreement to account for unforeseen events that have occurred in the country.  (Id. at 2.)  The revised agreement also provides for certain actions to occur before October 29, 2021, and the matter to be dismissed within five (5) days thereafter.  (Id.)  The Court finds good cause to grant the requested extension.

/ / /

Accordingly, IT IS HEREBY ORDERED that:

    1. The parties' request to extend the time to file dispositional documents (ECF No. 25) is GRANTED; and

    2. The parties shall file dispositional documents on or before November 1, 2021.

IT IS SO ORDERED.

Dated: **September 22, 2021**

UNITED STATES MAGISTRATE JUDGE